The People of the State of New York ex rel. Gary H. Moore, Appellant, v Superintendent of Coxsackie Correctional Facility, Respondent.

Submitted March 21, 2016; decided May 3, 2016

Motion for reconsideration of this Court's February 23, 2016 dismissal order denied [*see* 26 NY3d 1138 (2016)].

Judge Stein taking no part.

The People of the State of New York ex rel. Dexter Washington, Also Known as Eze Alimase, Appellant, v Kathleen G. Gerbing, Superintendent, Otisville Correctional Facility, Respondent.

Decided May 3, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Raisa Rozina et al., Appellants, v Casa 74th Development LLC et al., Respondents.

Submitted March 7, 2016; decided May 3, 2016

Motion for reargument of motion for leave to appeal dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 24 NY3d 1097 (2015)].

Chief Judge DiFiore and Judge Garcia taking no part.